80,458-01

COURT OF CRIMINAL APPEALS
c/o Hon. Abel Acosta, Clerk
P.O. BOX 12308
Capitol Station
Austin, Texas  78711

January 30, 2015


RE: Hamilton, Walter Aaron
    CCA NO. WR-80,458-01
    Trial Court Case No. 2006-CR-3927-W1



Dear Honorable Acosta,

    In your response dated October 22, 2014 you stated that the status of my application for writ of habeas corpus was still pending a decision by the Court.

    It is now three months later and I am simply inquiring as to the status of my application again to show due diligence. Is my application still pending a decision by the Court at this time?

    Thank you so much for your help and understanding in this matter.



Sincerely,

Walter Aaron Hamilton, Pro-se
TDCJ-CID #1493992
ELLIS UNIT
1697 FM 980
HUNTSVILLE, TEXAS  77343


c.c. file

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 04 2015

Abel Acosta, Clerk